In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00253-CR
_____

ROBERT MANUEL, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 12-13319

**MEMORANDUM OPINION**

Appellant Robert Manuel has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

PER CURIAM

Submitted on January 28, 2020
Opinion Delivered January 29, 2020
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.